UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Alicia L. Wolf
      Plaintiff

v.                                              Civil Action No. 14-10481-PBS

American Coradius International, LLC
      Defendant

## SETTLEMENT ORDER OF DISMISSAL

SARIS, C.J.

The Court having been advised by counsel for the plaintiff that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within thirty (30) days to reopen the action if

settlement is not consummated.

By the Court,

/S/ Karen P. Folan
_____

5/29/14
Date

Karen P. Folan
Deputy Clerk